STATE OF NEW JERSEY v. MALCOLM D. SCOTT.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ERROL STANLEY BURNETT.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ARCADIO MALDONADO GARCIA.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT IPPOLITO.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. L CANER STOVER EL, JR.

November 10, 1986.

Petition for certification denied.